### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE MAYO, *Individually and as Representative for the Estate of Kristy Mayo ("Decedent"),* | : | CIVIL ACTION |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| ELI LILLY and COMPANY, CHEPLHAPHARM ARZNEIMITTEL GMBH, CENCORA, INC. *formerly known as* AMERISOURCE-BERGEN CORPORATION, | : | No. 26-1781 |
| | : | |
| | : | |
| | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **30th** day of **April 2026**, upon consideration of Plaintiffs' Motion to Remand (ECF No. 26), Defendant Cencora, Inc.'s ("Cencora") Motion to Dismiss (ECF No. 27), Defendant Eli Lilly and Company's ("Eli Lilly") Motion to Dismiss (ECF No. 28), Plaintiff's Motion to Extend the Deadline to File Oppositions to Defendants' Motions to Dismiss (ECF No. 29), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF No. 26) is **GRANTED** for the reasons stated in the accompanying memorandum.

2. Defendant Cencora's Motion to Dismiss (ECF No. 27) is **DENIED as moot** without prejudice to file in state court.

3. Defendant Eli Lilly's Motion to Dismiss (ECF No. 28) is **DENIED as moot** without prejudice to file in state court.

4. Plaintiff's Motion to Extend the Deadline to File Oppositions to Defendants' Motions to Dismiss (ECF No. 29) is **DENIED as moot**.

5. The above-captioned case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

6. The Clerk of Court is **DIRECTED** to transmit a certified copy of the Office of Judicial Records of Philadelphia County.

7. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**